United States Bankruptcy Court
For the Southern District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | Chapter **13** |
| **Jacqueline Wilson** | ) | |
| | ) | Case Number _____ |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor **Jacqueline Wilson**

Employer **Department of Veterans Affairs**

Dates of Pay Advices: From **December 2011** To **January 2012**

Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

[ ] The Debtor was not employed.

[ ] The Debtor's source of income was from Social Security.

[ ] The Debtor was self employed.

s/James T. Wilson, Jr.   2/14/2012
Signature of Attorney          Date

James T. Wilson Jr.
Name of Attorney

/s/ Jacqueline Wilson   2/13/12
Signature of Debtor     Date

Text Version | Help  Main  Exit
Printer Friendly Version | View More 12/03/2011 Go

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 12/03/11 |
| --- | --- |
| 2. Pay Date | 12/09/11 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
| --- | --- | --- | --- | --- |
| WILSON JACQUELINE NMN | WG  02  02 | 11.97 | 17.96 | |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
| --- | --- | --- | --- | --- | --- |
| ***-**-0978 | | N | 08/19/07 | 240 | 12/31/11 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
| --- | --- | --- |
| NAVY FEDERAL CREDIT UNION | PNC BANK, OHIO | NAVY FEDERAL CREDIT UNION |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement FERS: 469.52 | 20. Military Deposit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| FED | S | 10 | 0 | | | | | | | |
| GA | S | 10 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
| --- | --- | --- | --- |
| GROSS PAY | 1226.40 | 32690.89 | |
| TAXABLE WAGES | 1146.41 | 30784.11 | |
| NONTAXABLE WAGES | 39.99 | 996.78 | |
| TAX DEFERRED WAGES | 40.00 | 910.00 | |
| DEDUCTIONS | 458.23 | 11277.24 | |
| AEIC | | | |
| NET PAY | 768.17 | 21413.65 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 80.00 | 957.60 | OVERTIME | 8.00 | 149.12 | SUNDAY PREM | 8.00 | 23.92 |
| HOLIDAY PREM | 8.00 | 95.76 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ALLOTMENT,SV | (2) | 155.00 | 3504.00 | FEGLI | C0 | 4.05 | 101.25 |
| FEHB | 314 | 39.99 | 996.78 | MEDICARE | | 17.20 | 459.56 |
| OASDI | | 49.83 | 1331.15 | ORG/UNION | VB4A | 19.50 | 487.50 |
| RETIRE, FERS | K | 7.66 | 191.50 | VCS DEDUCT | JC | 125.00 | 3123.08 |
| TAX, FEDERAL | | | 89.19 | TAX, STATE | GA | | 83.23 |
| TSP SAVINGS | | 40.00 | 910.00 | | | | |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ANNUAL | 36.00 | 6.00 | 144.00 | 2.00 | 125.00 | | 55.00 | |
| SICK | 75.00 | 4.00 | 96.00 | 8.00 | 102.00 | | 69.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- | --- |
| FEGLI | 2.03 | 50.75 | FEHB | 119.99 | 2990.84 |
| MEDICARE | 17.20 | 459.56 | OASDI | 73.55 | 1965.03 |
| RETIRE, FERS | 113.95 | 2808.64 | TSP BASIC | 9.58 | 239.50 |
| TSP MATCHING | 34.36 | 802.84 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    7.25.
PART TIME CARRYOVER SICK LEAVE    7.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
FEDERAL EMPLOYEES' HEALTH BENEFITS (FEHB) OPEN SEASON
FROM THE SECOND MONDAY OF NOVEMBER THROUGH THE SECOND MONDAY OF DECEMBER.
SAVE MONEY ON HEALTH CARE & DAY CARE EXPENSES! ENROLL IN FSAFEDS (FEDERAL FLEXIBLE
SPENDING ACCOUNT PROGRAM) DURING OPEN SEASON NOV 14 - DEC 12, 2011. WATCH OUR VIDEOS &
ENROLL AT WWW.FSAFEDS.COM. CURRENT PARTICIPANTS MUST RE-ENROLL FOR 2012!
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   39.99

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



*Dec. 2011*

# CIVILIAN LEAVE AND EARNINGS STATEMENT

**1. Pay Period End:** 12/17/11
**2. Pay Date:** 12/23/11

| Field | Value |
|---|---|
| 3. Name | WILSON JACQUELINE NMN |
| 4. Pay Plan/Grade/Step | WG 02 02 |
| 5. Hourly/Daily Rate | 11.97 |
| 6. Basic OT Rate | 17.96 |
| 7. Basic Pay + Locality Adj = Adjusted Basic Pay | |
| 8. Soc Sec No | ***-**-0978 |
| 9. Locality % | |
| 10. FLSA Category | N |
| 11. SCD Leave | 08/19/07 |
| 12. Max Leave Carry Over | 240 |
| 13. Leave Year End | 12/31/11 |
| 14. Financial Institution - Net Pay | NAVY FEDERAL CREDIT UNION |
| 15. Financial Institution - Allotment #1 | PNC BANK, OHIO |
| 16. Financial Institution - Allotment #2 | NAVY FEDERAL CREDIT UNION |
| 19. Cumulative Retirement | FERS: 477.18 |
| 20. Military Deposit | |

**17. Tax**
FED  Marital Status S  Exemptions 10  Add'l 0
GA   Marital Status S  Exemptions 10  Add'l 0

### 21.
| | Current | Year to Date |
|---|---|---|
| GROSS PAY | 1151.12 | 33842.01 |
| TAXABLE WAGES | 1071.13 | 31855.24 |
| NONTAXABLE WAGES | 39.99 | 1036.77 |
| TAX DEFERRED WAGES | 40.00 | 950.00 |
| DEDUCTIONS | 503.99 | 11781.23 |
| AEIC | | |
| NET PAY | 647.13 | 22060.78 |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 957.60 | OVERTIME | 8.00 | 145.68 | SUNDAY PREM | 16.00 | 47.84 |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 205.00 | 3709.00 | FEGLI | C0 | 4.05 | 105.30 |
| FEHB | 314 | 39.99 | 1036.77 | MEDICARE | | 16.12 | 475.68 |
| OASDI | | 46.67 | 1377.82 | ORG/UNION | VB4A | 19.50 | 507.00 |
| RETIRE, FERS | K | 7.66 | 199.16 | VCS DEDUCT | JC | 125.00 | 3248.08 |
| TAX, FEDERAL | | | 89.19 | TAX, STATE | GA | | 83.23 |
| TSP SAVINGS | | 40.00 | 950.00 | | | | |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/RETURNED | CURRENT BALANCE | USE-LOSE/TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 36.00 | 6.00 | 150.00 | | 125.00 | | 61.00 | |
| SICK | 75.00 | 4.00 | 100.00 | | 102.00 | | 73.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.03 | 52.78 | FEHB | 119.99 | 3110.83 |
| MEDICARE | 16.12 | 475.68 | OASDI | 68.89 | 2033.92 |
| RETIRE, FERS | 113.95 | 2922.59 | TSP BASIC | 9.58 | 249.08 |
| TSP MATCHING | 34.36 | 837.20 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE   7.25.
PART TIME CARRYOVER SICK LEAVE   7.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PLEASE SUPPORT YOUR COMBINED FEDERAL CAMPAIGN GOING ON NOW
DFAS IS NOW ON FACEBOOK AT
WWW.FACEBOOK.COM/DEFENSEFINANCEANDACCOUNTINGSERVICE
NET PAY BANK/ACCOUNT NUMBER/ACCOUNT TYPE CHANGED.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
PRETAX FEHB EXCLUSION $   39.99

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal

myPay     https://mypay.dfas.mil/LocalLes.aspx?AccessString=DCPSZPV~EMA...

Case:12-10270-SDB Doc#:5 Filed:02/14/12 Entered:02/14/12 17:42:15 Page:4 of 5

jan 2012

[Text Version]     [Help] [Main] [Exit]

[Printer Friendly Version]    View More 12/31/2011 [Go]

# CIVILIAN LEAVE AND EARNINGS STATEMENT

| 1. Pay Period End | 12/31/11 |
| 2. Pay Date | 01/06/12 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| WILSON JACQUELINE NMN | WG 02 03 | 12.45 | 18.68 | |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-0978 | | N | 08/19/07 | 240 | 12/31/11 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | PNC BANK, OHIO | NAVY FEDERAL CREDIT UNION |

| 17. Tax | Marital Status | Exemptions | Add'l | 18. Tax | Marital Status | Exemptions | Add'l | Taxing Authority | 19. Cumulative Retirement | 20. Military Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| FED | S | 10 | 0 | | | | | | FERS: 485.15 | |
| GA | S | 10 | 0 | | | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1195.20 | 1195.20 | |
| TAXABLE WAGES | 1115.21 | 1115.21 | |
| NONTAXABLE WAGES | 39.99 | 39.99 | |
| TAX DEFERRED WAGES | 40.00 | 40.00 | |
| DEDUCTIONS | 773.82 | 773.82 | |
| AEIC | | | |
| NET PAY | 421.38 | 421.38 | |

## CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 996.00 | OVERTIME | 4.00 | 74.72 | SUNDAY PREM | 8.00 | 24.88 |
| HOLIDAY PREM | 8.00 | 99.60 | | | | | | |

## DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 455.00 | 455.00 | FEGLI | C0 | 4.20 | 4.20 |
| FEHB | 314 | 39.99 | 39.99 | MEDICARE | | 16.75 | 16.75 |
| OASDI | | 48.52 | 48.52 | ORG/UNION | VB4A | 19.50 | 19.50 |
| RETIRE, FERS | K | 7.97 | 7.97 | VCS DEDUCT | JC | 125.00 | 125.00 |
| TAX, FEDERAL | | | | TAX, STATE | GA | | |
| TSP LOANS | 228001G | 16.89 | 16.89 | TSP SAVINGS | | 40.00 | 40.00 |

## LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 36.00 | 10.00 | 160.00 | 5.00 | 130.00 | | 66.00 | |
| SICK | 75.00 | 4.00 | 104.00 | 11.00 | 113.00 | | 66.00 | |

## BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.10 | 2.10 | FEHB | 119.99 | 119.99 |
| MEDICARE | 16.75 | 16.75 | OASDI | 71.62 | 71.62 |
| RETIRE, FERS | 118.52 | 118.52 | TSP BASIC | 9.96 | 9.96 |
| TSP MATCHING | 34.94 | 34.94 | | | |

## REMARKS

PART TIME CARRYOVER ANNUAL LEAVE    7.25.
PART TIME CARRYOVER SICK LEAVE    7.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
SAVINGS ALLOTMENT CHANGED, PLEASE VERIFY.
BASIC PAY CHANGED.
PRETAX FEHB EXCLUSION $   39.99
TSP LOAN PAYMENT CHANGED.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products/acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

Jan 2012

Text Version                                                                    Help  Main  Exit

Printer Friendly Version                           View More  01/14/2012   Go

## CIVILIAN LEAVE AND EARNINGS STATEMENT

| | |
|---|---|
| 1. Pay Period End | 01/14/12 |
| 2. Pay Date | 01/20/12 |

| 3. Name | 4. Pay Plan/Grade/Step | 5. Hourly/Daily Rate | 6. Basic OT Rate | 7. Basic Pay + Locality Adj = Adjusted Basic Pay |
|---|---|---|---|---|
| WILSON JACQUELINE NMN | WG 02 03 | 12.45 | 18.68 | |

| 8. Soc Sec No | 9. Locality % | 10. FLSA Category | 11. SCD Leave | 12. Max Leave Carry Over | 13. Leave Year End |
|---|---|---|---|---|---|
| ***-**-0978 | | N | 08/19/07 | 240 | 01/12/13 |

| 14. Financial Institution - Net Pay | 15. Financial Institution - Allotment #1 | 16. Financial Institution - Allotment # 2 |
|---|---|---|
| NAVY FEDERAL CREDIT UNION | PNC BANK, OHIO | NAVY FEDERAL CREDIT UNION |

| 17. Tax Marital Status | Exemptions Add'l | 18. Tax Marital Status | Exemptions Add'l Taxing Authority | 19. Cumulative Retirement FERS: 493.12 | 20. Military Deposit |
|---|---|---|---|---|---|
| FED S 10 0 | | | | | |
| GA  S 10 0 | | | | | |

| 21. | Current | Year to Date | 22. |
|---|---|---|---|
| GROSS PAY | 1269.92 | 2465.10 | |
| TAXABLE WAGES | 1108.58 | 2223.79 | |
| NONTAXABLE WAGES | 96.34 | 136.33 | |
| TAX DEFERRED WAGES | 65.00 | 105.00 | |
| DEDUCTIONS | 856.21 | 1630.03 | |
| AEIC | | | |
| NET PAY | 413.71 | 835.09 | |

### CURRENT EARNINGS

| TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT | TYPE | HOURS/DAYS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 996.00 | OVERTIME | 8.00 | 149.44 | SUNDAY PREM | 8.00 | 24.88 |
| HOLIDAY PREM | 8.00 | 99.60 | | | | | | |

### DEDUCTIONS

| TYPE | CODE | CURRENT | YEAR TO DATE | TYPE | CODE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| ALLOTMENT,SV | (2) | 455.00 | 910.00 | FEGLI | C0 | 4.20 | 8.40 |
| FEHB | 454 | 96.34 | 136.33 | MEDICARE | | 17.02 | 33.77 |
| OASDI | | 49.29 | 97.81 | ORG/UNION | VB4A | 19.50 | 39.00 |
| RETIRE, FERS | K | 7.97 | 15.94 | VCS DEDUCT | JC | 125.00 | 250.00 |
| TAX, FEDERAL | | | | TAX, STATE | GA | | |
| TSP LOANS | 228001G | 16.89 | 33.78 | TSP SAVINGS | | 65.00 | 105.00 |

### LEAVE

| TYPE | PRIOR YR BALANCE | ACCRUED PAY PD | ACCRUED YTD | USED PAY PD | USED YTD | DONATED/ RETURNED | CURRENT BALANCE | USE-LOSE/ TERM DATE |
|---|---|---|---|---|---|---|---|---|
| ANNUAL | 66.00 | 6.00 | 6.00 | | | | 72.00 | |
| SICK | 66.00 | 4.00 | 4.00 | | | | 70.00 | |

### BENEFITS PAID BY GOVERNMENT FOR YOU

| TYPE | CURRENT | YEAR TO DATE | TYPE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|
| FEGLI | 2.10 | 4.20 | FEHB | 185.75 | 305.74 |
| MEDICARE | 17.02 | 33.77 | OASDI | 72.76 | 144.38 |
| RETIRE, FERS | 118.52 | 237.04 | TSP BASIC | 9.96 | 19.92 |
| TSP MATCHING | 39.84 | 74.78 | | | |

### REMARKS

PART TIME CARRYOVER ANNUAL LEAVE   7.25.
PART TIME CARRYOVER SICK LEAVE    7.25.
YOUR PAYROLL OFFICE ID NUMBER IS 97381600 - DEPARTMENT OF VETERANS AFFAIRS.
PRETAX FEHB EXCLUSION $  96.34
TSP/ROTH DEDUCTION ADDED/CHANGED.
FEHB OPEN SEASON ENROLLMENT PROCESSED.

THIS REPORT CONTAINS INFORMATION SUBJECT TO THE PRIVACY ACT OF 1974 AS AMENDED



- We recommend that you select the Printer Friendly Version of your LES if you desire to print your LES. It requires Adobe Acrobat Reader. Often, Acrobat Reader is already added to web browsers. If you don't have Adobe Reader and applicable security policies allow you to install it, it can be downloaded at http://www.adobe.com/products /acrobat/readermain.html. If you prefer the html version, click the Print button. You may have to make adjustments to your margins in your browser Page Setup for optimal printing of the html version.

- The "View More" option will allow you to view and/or print your Leave and Earnings information for the current and 11 previous months, if available. Click on the down arrow;